ACCEPTED
05-18-00019-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 3:39 PM
LISA MATZ
CLERK

IN THE

COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

FIFTH DISTRICT OF TEXAS AT DALLAS

6/5/2018 3:39:32 PM

LISA MATZ
Clerk

NO. 05-18-00019-CV

In re Estate of William L. Moore, Jr., Deceased

**UNOPPOSED FIRST MOTION OF APPELLEES
ARKANSAS ART CENTER AND ARKANSAS SYMPHONY ORCHESTRA
TO EXTEND TIME TO FILE THEIR BRIEF**

Blair G. Francis
State Bar No. 07354900
Nickelette P. Lotspeich
State Bar No. 24094233

FRANCIS & TOTUSEK, LLP
1830 Ross Tower
500 North Akard Street
Dallas, Texas  75201
Telephone  214.740.4250
Facsimile  214.740.4266

*Counsel for Appellees*

Pursuant to Rule 38.6(d), TEX. R. APP. P., Appellees Arkansas Symphony Orchestra and Arkansas Arts Center respectfully move for the first time for an extension of time in which to file their Appellees' brief. In support hereof, Appellees would show as follows:

1. Appellees' Brief is currently due June 13, 2018. They request that the deadline be extended for 30 days, until July 13, 2018. Counsel for both Appellants have communicated their non-opposition.

2. Appellees' counsel seek the extension because there are two Appellants, both of whom filed separate briefs asserting different appellate issues. The normal time allotted by the appellate rules for filing an appellees' brief might have been sufficient had Appellees here been responding to only one appellant's brief; but because there are two asserting different issues, Appellees will in effect be filing two responsive briefs in one. In addition, Appellees' counsel has been involved with matters pertaining to the filing of an expert report due June 7, 2018 in a multi-million dollar case pending in a Harris County District Court. Appellees' counsel will therefore need the requested extra time in which to undertake adequately the research and analysis needed to draft and finalize Appellees' Brief.

3. Accordingly, Appellees request that their June 13, 2018 deadline be extended for 30 days to and including Friday, July 13, 2018.

4. No extension of time in favor of Appellees has previously been sought or granted, whereas Appellants have previously been granted two unopposed extensions.

5. The undersigned counsel for Appellees communicated by email with Jerry Bullard, counsel for Appellant Lenz, and Eileen Hall, counsel for Appellant Akin. Both replied that they do not oppose the relief requested herein.

6. The extension sought in this motion is not sought solely for purposes of delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellees Arkansas Symphony Orchestra and Arkansas Arts Center respectfully pray that the date on which their Appellee's Brief must be filed be extended 30 days, through and including Friday, July 13, 2018, and that Appellees have such other and further relief as they may be entitled to receive at law or in equity.

Respectfully submitted,

FRANCIS & TOTUSEK, L.L.P.

By: /s/ *Blair G. Francis*
Blair G. Francis

State Bar No. 07354900

500 North Akard Street
Suite 1830
Dallas, Texas 75201
Telephone 214.740.4250
Facsimile 214.740.4266
blair.francis@ftllplaw.com

COUNSEL FOR APPELLEES

## CERTIFICATE OF CONFERENCE

On June 4, 2018, I received separate emails from Jerry Bullard, counsel for Appellant Lenz, and Eileen Hall, counsel for Appellant Akin, that they did not oppose the relief requested herein.

/s/ *Blair G. Francis*
Blair G. Francis

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served electronically on (i) Appellant Lenz by delivering it to Jerry Bullard, her counsel of record, via email at jdb@all-lawfirm.com, and (ii) Appellant Akin by delivering it to Eileen Hall and Scott Stolley, her counsel of record, at eileen@eileenhall.com and scott@appellatehub.com, this 5th day of June, 2018.

/s/ *Blair G. Francis*
Blair G. Francis

N:\Appeals\Motions for Extension of Time\ArkSym.Moore.wpd